United States Bankruptcy Court
Southern District of Texas
**ENTERED**
April 29, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

&lt;Related BK Debtors&gt;

| | |
|---|---|
| **ELIZABETH THOMAS,** § | |
| § | |
| Plaintiff, § | |
| § | |
| VS. § | **ADVERSARY NO. 24-3066** |
| § | |
| **PRIMARY RESIDENTIAL MORTGAGE** § | |
| **INC**, *et al.*, § | |
| § | |
| Defendants. § | |

## REMAND ORDER

Cause No. 2016-87941, Cause No. 2017-76078, Cause No. 2017-83288, and Cause No. 2017-04049 are remanded to the District Courts of Harris County, Texas.

This Court retains jurisdiction over any compensatory civil sanctions that may be sought against the removing parties. The hearing scheduled for May 1, 2014 remains on the Court's calendar. Elizabeth Thomas and James M. Andersen must personally attend the May 1 hearing in compliance with the Court's April 23, 2024 order.

SIGNED 04/29/2024

Marvin Isgur
United States Bankruptcy Judge