UNITED STATES DISTRICT COURT FOR
THE SOUTHERN BANKRUPCTY OF TEXAS
HOUSTON DIVISION

_____2016-87941_____

**ELIZABETH THOMAS**
     *PLAINTIFFS*
VS.

**MERITAGE HOMES OF TEXAS LLC, F/K/A MERITAGE HOMES OF TEXAS LP. F/K/A LEGACY MONTEREY HOMES LP. MTH LENDING GROUP; PRIMARY RESIDENTIAL MORTGAGE INC; STEWART TITLE COMPANY MARY ALICE LESTER MERITAGE HOMES CORPORATION F/K/A/ MERITAGE CORPORATION F/K/A LEGACY MONTEREY HOMES LP**
     *DEFENDANTS*

ADVERSARY NO. 24-3066

_____2017- 76078_____

**ELIZABETH THOMAS**
     *Plaintiffs*
vs.

**MERITAGE HOMES OF TEXAS LLC, F/K/A MERITAGE HOMES OF TEXAS LP. F/K/A LEGACY MONTEREY HOMES LP. MTH LENDING GROUP; PRIMARY RESIDENTIAL MORTGAGE INC; STEWART TITLE COMPANY MARY ALICE LESTER MERITAGE HOMES CORPORATION F/K/A/ MERITAGE CORPORATION F/K/A LEGACY MONTEREY HOMES LP.**
     *Defendants*

_____2017- 82388_____

**ELIZABETH THOMAS**
     *PLAINTIFFS*
VS.
**MERITAGE HOMES OF TEXAS LLC.,  f/ k/a MERITAGE HOMES OF TEXAS LP. f/ k/a LEGACY MONTEREY HOMES L.P AND STEWART TITLE GUARANTY COMPANY**
     *DEFENDANTS*

_____2017- 04089_____

| | |
|---|---|
| **MIRAMAR LAKE HOMEOWNERS ASSOCIATION**<br>　　　P<small>LAINTIFFS</small>/C<small>OUNTER</small>-D<small>EFENDANT</small><br>vs.<br>**ELIZABETH THOMAS**<br>　　　D<small>EFENDANT</small>/C<small>OUNTER</small>-P<small>LAINTIFF</small> | |

## NOTICE OF NON-REPRESENTATION AS COUNSEL

**TO THE HONORABLE JUDGE MARVIN ISGUR**

**PLEASE TAKE NOTICE**, that the undersign Attorney James M. Andersen does not have authority to represent Elizabeth Thomas on any claims relating to P.C.F. PROPERTIES IN TX LLC. Ms Thomas has retained counsel in the State of Delaware were these claims are presently pending before the Honorable Judge Colm F. Connolly, United States Chief Judge of U.S. District Court of Delaware in case No. 23-cv-01047, any arguments in regard to P.C.F. PROPERTIES IN TX LLC., needs to be reset so that Ms. Thomas attorney can be present.

**PLEASE TAKE NOTICE**, that P.C.F. PROPERTIES IN TX LLC, is not named as party to any of the cases removed to this court on April 11, 2024 from the 333rd Judicial District Court, Harris County Texas under cause Nos. **2016-87941**, **2017- 76078, 2017- 82388 _ or 2017- 04089..** As such Attorney James M. Andersen lack any legal authority to represent Ms. Thomas as to any claims relating to P.C.F. PROPERTIES IN TX LLC, as she has signed a retainer agreement  0 or about December 17, 2023, with another attorney.

3 | P a g e

For the reasons stated above please have the record reflect that I Attorney James M. Andersen lack any legal authority to represent Ms. Thomas as to any claims relating to P.C.F. PROPERTIES IN TX LLC, as she has signed a retainer agreement o or about December 17, 2023, with another attorney.

                              JAMES M. ANDERSEN
                                 ATTORNEY AT LAW

                               By:/s/James M. Andersen
                               James M. Andersen
                               Attorney at Law
                               Texas State Bar No.01165850
                               P. O. Box 58554
                               Webster, Texas 77598-8554
                               Tel. (281)488-2800
                               Fax. (281)480-4851
                               jandersen.law@gmail.com

### CERTIFICATE OF SERVICE

I certify that on April 30, 2024, the foregoing document was served on Counsel of record via the Court's ECF electronic notification system.

                               By:/s/James M. Andersen