AO 435 (Rev. 04/18)

ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS

# TRANSCRIPT ORDER

*Please Read Instructions:*

FOR COURT USE ONLY

DUE DATE:

| | | |
|---|---|---|
| 1. NAME<br>Kim Altsuler | 2. PHONE NUMBER<br>(713) 568-1500 | 3. DATE<br>5/1/2024 |
| 4. DELIVERY ADDRESS OR EMAIL<br>kaltsuler@pecklaw.com | 5. CITY | 6. STATE    7. ZIP CODE |
| 8. CASE NUMBER: 24-3066    9. JUDGE: Marvin Isgur | DATES OF PROCEEDINGS<br>10. FROM 5/1/2024    11. TO 5/1/2024 | |
| 12. CASE NAME<br>Elizabeth Thomas vs. Primary Residential Mortgage, et al | LOCATION OF PROCEEDINGS<br>13. CITY Houston    14. STATE Texas | |

15. ORDER FOR
- [ ] APPEAL
- [ ] CRIMINAL
- [ ] CRIMINAL JUSTICE ACT
- [x] BANKRUPTCY
- [ ] NON-APPEAL
- [ ] CIVIL
- [ ] IN FORMA PAUPERIS
- [ ] OTHER

16. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| ☐ VOIR DIRE | | ☐ TESTIMONY (Specify Witness) | |
| ☐ OPENING STATEMENT (Plaintiff) | | | |
| ☐ OPENING STATEMENT (Defendant) | | | |
| ☐ CLOSING ARGUMENT (Plaintiff) | | ☐ PRE-TRIAL PROCEEDING (Spcy) | |
| ☐ CLOSING ARGUMENT (Defendant) | | | |
| ☐ OPINION OF COURT | | | |
| ☐ JURY INSTRUCTIONS | | ☒ OTHER (Specify)<br>Show Cause Order Hearing | 5/1/2024 |
| ☐ SENTENCING | | | |
| ☐ BAIL HEARING | | | |

17. ORDER

| CATEGORY | ORIGINAL (Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | ☐ | ☐ | NO. OF COPIES | | |
| 14-Day | ☒ | ☒ | NO. OF COPIES | | |
| EXPEDITED | ☐ | ☐ | NO. OF COPIES | | |
| 3-Day | ☐ | ☐ | NO. OF COPIES | | |
| DAILY | ☐ | ☐ | NO. OF COPIES | | |
| HOURLY | ☐ | ☐ | NO. OF COPIES | | |
| REALTIME | ☐ | ☐ | | | |
| | | | ESTIMATE TOTAL | | 0.00 |

CERTIFICATION (18. & 19.)
By signing below, I certify that I will pay all charges (deposit plus additional).

| | |
|---|---|
| 18. SIGNATURE<br>Kim Altsuler | PROCESSED BY |
| 19. DATE<br>5/8/2024 | PHONE NUMBER |
| TRANSCRIPT TO BE PREPARED BY | COURT ADDRESS |

| ORDER RECEIVED | DATE | BY | | |
|---|---|---|---|---|
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | 0.00 |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | 0.00 |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | 0.00 |

**DISTRIBUTION:**    COURT COPY    TRANSCRIPTION COPY    ORDER RECEIPT    ORDER COPY