# IN THE UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| ELIZABETH THOMAS, § | |
|    *Plaintiff*, § | |
| § | |
| v. § | ADVERSARY NO.: 24-03066 |
| § | |
| MERITAGE HOMES OF TEXAS, § | |
| Et Al. § | |
|    *Defendants*. § | |

## EXHIBIT LIST

**EXHIBIT A:** Transcript of May 1, 2024 Hearing

**EXHIBIT B:** Order signed April 15, 2019 by Judge David Hittner, Case No. 4:19-cv-00559

**EXHIBIT C:** Order of Sanctions and Preclusion signed April 15, 2019 by Judge David Hittner, Case No. 4:19-cv-00559

**EXHIBIT D:** Order signed February 16, 2023 by Judge Alfred Bennett, Case No. 4:22-cv-00705

**EXHIBIT E:** Memorandum Opinion and Order Remanding Case signed March 30, 2023 by Judge George Hanks, Jr., Case No. 4:22-cv-00742

**EXHIBIT F:** Notice of Removal filed February 1, 2022 by Elizabeth Thomas, Cause No. 2018-14171, 133rd Judicial District Court of Harris County, Texas

**EXHIBIT G:** Order Dismissing and Remanding Case signed February 9, 2022 by Judge Jeffrey Norman, Case No. 4:2022-ap-03021

**EXHIBIT H:** Notice of Removal filed February 11, 2022 by Elizabeth Thomas, Cause No. 2018-14171, 133rd Judicial District Court of Harris County, Texas

**EXHIBIT I:** Amended Notice of Removal filed March 7, 2022 by Elizabeth Thomas, Cause No. 2020-35780, 80th Judicial District Court of Harris County, Texas

**EXHIBIT J:**  Amended Notice of Removal filed March 9, 2022 by Colleen McClure, Cause No. 2017-76078, 333rd Judicial District Court of Harris County, Texas

**EXHIBIT K:**  Notice of Removal filed April 11, 2024 by James Andersen, Cause No. 2016-87941, 333rd Judicial District Court of Harris County, Texas

**EXHIBIT L:**  Notice of Removal filed April 25, 2024 by James Andersen, Cause No. 2017-76078, 333rd Judicial District Court of Harris County, Texas

**EXHIBIT M:**  Order issued on November 25, 2019 by the United States Court of Appeals for the Fifth Circuit, Case No. 4:19-cv-00559

**EXHIBIT N:**  Affidavit of Gwen E. Richard

**EXHIBIT O:**  Affidavit of Kim Altsuler