IN THE UNITED STATES BANKRUPTCY COURT FOR
THE SOUTHERN DISTRICT OF TEXAS

ELIZABETH THOMAS,
    *Plaintiff,*                       ADVERSARY NO.: 24-03066

v.

MERITAGE HOMES OF TEXAS LLC
F/K/A MERITAGE HOMES OF TEXAS
LP. F/K/A LEGENCY MONTERY MTH
LENDING GROUP L.P, MERITAGE
HOMES CORPORATION F/K/A
MERITAGE HOMES F/K/A LEGACY
MONTEREY HOMES LP. PRIMARY
RESIDENTIAL MORTGAGE INC,
MARY A. LESTER, STEWAR TITLE
COMPANY, STEWART TITLE
GUARANTY COMPANY AND
MIRAMAR LAKE HOMEOWNERS
ASSOCIATION
    *Defendants.*

_____

**ORDER ON MOTION TO STRIKE PORTION OF DEFNDANT MOTION
FOR COMPENSATION**
_____

Pending before the Court is Attorney James M. Andersen and Elizabeth Thomas Motion to Strike portions of Defendants Primary Residential Mortgage Inc., and Meritage Homes of Texas LLC. Motion for Compensation [Doc. 21] and Exhibits B thru M in Support of said motion which portions seeks the Court to review prior remand orders and this court April 29, 2024, remand order an act prohibited by law 28 U.S.C. § 1452(b) and due to this Court lacks of subject matter jurisdiction. Having considered the motion and the applicable law, and the fact that all remand issues were resolve by this court on April 29, 2024, the Court determines that the foregoing motion should be granted. Accordingly the

Court hereby;

ORDERS that the Motion to Strike said portions of the Motion for Compensation and Exhibits B thru M is GRANTED.

SIGNED on the _____ day of June 2024

_____
Marvin Isgur
United States Bankruptcy Judge