United States Bankruptcy Court
Southern District of Texas
**ENTERED**
June 11, 2024
Nathan Ochsner, Clerk

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| **ELIZABETH THOMAS,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | ADVERSARY NO. 24-3066 |
| | § | |
| **PRIMARY RESIDENTIAL** | § | |
| **MORTGAGE INC,** *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER GRANTING COMPENSATION

For the reasons stated on the record, Elizabeth Thomas and James M. Andersen must pay $13,657.50 to Primary Residential Mortgage, Inc., and $4,612.50 to Meritage Homes of Texas, LLC.

Elizabeth Thomas and James M. Andersen are jointly and severally liable for the payments.

These payments are awarded as compensatory sanctions for civil contempt.

The payments must be made in full and in cash within 14 days of entry of this order. The Court retains jurisdiction to consider any enforcement action that may be brought on account of a failure to pay these sanctions.

SIGNED 06/11/2024

Marvin Isgur
United States Bankruptcy Judge