IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ELIZABETH THOMAS, § | | |
|     Plaintiff § | | |
| § | | |
| v. § | ADVERSARY NO. 24-3066 | |
| § | | |
| MERITAGE HOMES OF TEXAS, ET AL., § | | |
|     Defendants § | | |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of Primary Residential Mortgage, Inc. and Meritage Homes of Texas, LLC's Joint Motion for Order of Civil Contempt (Doc. 32, filed on July 3, 2024); proposed Order of Civil Contempt (Doc. 32-16, filed on July 3, 2024); and Notice of Hearing (Doc. 35, filed on July 18, 2024), were served on *pro se* Plaintiff, Elizabeth Thomas, as follows:

**Via CM/RRR 7015 3010 0001 7694 3032**
Elizabeth Thomas
712 H Street NE, Suite 1297
Washington DC 20002
(mailing address provided to this Court on the record at the hearing held in this case on July 18, 2024)

**Via Email – tethomas3@aol.com**
(email address provided to this Court on the record at the hearing held in this case on July 18, 2024)

**CM/RRR 7015 3010 0001 7694 3032**
Elizabeth Thomas
712 H Street NE, Suite 2487
Washington DC 20002
(mailing address provided to this Court on June 20, 2024, in Case No. 22-03024, Doc. 53)

**Via Email – elizthomas234@gmail.com**
(email address provided to this Court on June 20, 2024, in Case No. 22-03024, Doc. 53)

1

Respectfully submitted,

**IRELAN MCDANIEL**
A Professional Limited Liability Company

By: */s/ Gwen E. Richard*
    Gwen E. Richard
    grichard@imtexaslaw.com
    State Bar No 16842730
    2520 Caroline St., 2nd Floor
    Houston, Texas 77004
    Phone:  713.222.7666
    Fax:     713.222.7669

**ATTORNEY FOR PRIMARY RESIDENTIAL MORTGAGE, INC.**

**PECKAR & ABRAMSON, P.C.**


By: */s/ Kim Altsuler*
    Kim Altsuler
    Federal Bar No. 21838
    State Bar No. 00796656
    kaltsuler@pecklaw.com
    1717 West Loop South, Suite 1400
    Houston, TX 77027
    Telephone: 713-568-1500
    Facsimile:  713-568-1490

**ATTORNEY FOR MERITAGE HOMES OF TEXAS, LLC**