EXHIBIT-1

## IN THE UNITED STATES BANKRUPTCY COURT FOR
## THE SOUTHERN DISTRICT OF TEXAS

ELIZABETH THOMAS,
       *Plaintiff*,                                ADVERSARY NO.: 24-03066

v.

MERITAGE HOMES OF TEXAS LLC, et al
       *Defendants*.

### ELIZABETH THOMAS STATEMENT OF INABILITY TO PAY

      Thomas states that she has not ignored the Court June 11, 2024, instead she lacks the ability to comply with the order (e.g., impecunious contemnor cannot pay a fine). Thomas is retired and the only source of income is her monthly social security payments of 1,150.00 and after I pay my monthly expenses I have nothing left. The Court is free to issue an order directing Social Security to make those payments to the PRMI and Meritage.

                                                /s/ *Elizabeth Thomas*
                                                Elizabeth Thomas
                                                712 H. Street NE #2487
                                                Washington DC 20002
                                                elizthomas234@gmail.com