EXHIBIT B

# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE SOUTHERN DISTRICT OF TEXAS

ELIZABETH THOMAS,
  *Plaintiff,*        ADVERSARY NO.: 24-03066

v.

MERITAGE HOMES OF TEXAS LLC, et al
  *Defendants.*

## JAMES M. ANDERSEN'S STATEMENT OF INABLITY TO PAY CIVIL CONTEMPT FINE

  The Court issued on June 11, 2024 an Order for Elizabeth Thomas and James M. Andersen to pay $18,270.00 as compensatory sanctions for civil contempt as found by the Court. I have not been able to pay anything toward these sanctions. This has not been willful or intentional, I just do not have funds to make a payment. My primary source of income is my social security check each month which is $2,300.00 which I use to pay my office rent of $1430.00 per month and my car note of $450.00 per month. I am also the sole caregiver for my brother who lost totally lost his memory in fall. I see him every day for three (3) to four (4) hours; bring him a breakfast each day and give him supplements and food to keep his health up. I do get client funds in but that is sporadic. Clients seem to run out of money after the case goes on for more than a few months. I live in La Marque in Galveston County and was without power for nine (9) days. I still have not been able to clean up the yard or finish cleaning out the refrigerator and freezer. I did get rid of the bad food in the refrigerator but I just let the food re-freeze in the freezer and I will get to it when I have time. Care for my brother is primary for me. I would pay the Court's sanctions if I had the funds. Right now I am at my wits end. My computer went down on Saturday morning at about 10 AM. I did not get it back until Monday at about 3 pm. A client had to pay the $176.00 to get my computer up and running again. I am

2 | P a g e

willing to make a payment arrangement with the Court if that is what the Court desires  I have had to pay rent late for June and July, 2024 ($1,555.00) but I managed to pay my August rent on time this month.

.

                Respectfully submitted

                **JAMES M. ANDERSEN**
                 **ATTORNEY AT LAW**

                By:/s/<u>James M. Andersen</u>
                James M. Andersen
                Texas State Bar No.01165850
                P. O. Box 58554
                Webster, Texas 77598-8554
                Tel. (281)488-2800
                Fax. (281)480-4851
                jandersen.law@gmail.com

**CERTIFICATE OF SERVICE**

I certify that on August 21, 2024, the foregoing document was served on Counsel of record via the Court's ECF electronic notification system.

                By:/s/<u>James M. Andersen</u>
                James M. Andersen