United States Bankruptcy Court
Southern District of Texas
**ENTERED**
August 22, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXES
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO: 99-99999 |
| OUT OF DISTRICT MAIN CASE, | § | |
| | § | CHAPTER 7 |
| Debtor. | § | |
| | § | |
| ELIZABETH THOMAS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | ADVERSARY NO. 24-3066 |
| | § | |
| PRIMARY RESIDENTIAL MORTGAGE INC, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER SETTING HEARING

The Court will conduct a hearing to consider the Joint Motion for Contempt (Docket No. 32) at **10:00 AM on September 10, 2024,** at Courtroom 400, 515 Rusk, Houston, TX. To join by Telephone and Video Conference, see the Court's web page for instructions: https://www.txs.uscourts.gov/page/united-states-bankruptcy-judge-alfredo-r-perez.

SIGNED 08/22/2024

_____
Alfredo R Pérez
United States Bankruptcy Judge