United States Bankruptcy Court
Southern District of Texas
**ENTERED**
August 22, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO: 24-80232 |
| **James Michael Anderson** | § | |
| Debtor. | § | CHAPTER 13 |
| | § | |
| **ELIZABETH THOMAS,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | ADVERSARY NO. 24-3066 |
| | § | |
| **PRIMARY RESIDENTIAL MORTGAGE INC**, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER REASSIGNING ADVERSARY PROCEEDING

By agreement of the judges, adversary proceeding 24-3066 I is reassigned to Judge Alfredo Perez. All orders remain in effect. All settings are canceled.

SIGNED 08/22/2024

_____
Marvin Isgur
United States Bankruptcy Judge