United States Bankruptcy Court
Southern District of Texas

**ENTERED**
September 10, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § § § § § § | CASE NO: 99-99999 |
| OUT OF DISTRICT MAIN CASE, | | |
| | | CHAPTER 7 |
| Debtor. | | |
| ELIZABETH THOMAS, | § § § § | |
| Plaintiff, | | |
| VS. | § § § § § § § § | ADVERSARY NO. 24-3066 |
| PRIMARY RESIDENTIAL MORTGAGE INC, *et al.*, | | |
| Defendants. | | |

## ORDER IN AID OF ORDER GRANTING COMPENSATION (ECF #29)

For the reasons stated on the record, it is hereby:

ORDERED that Elizabeth Thomas and James M. Andersen shall file by no later than September 24, 2024, with the Clerk of the Court in the referenced matter, copies of all the following documents and information for the period from September 10, 2023 through September 10, 2024:

1. Bank or credit union statements,

2. Credit card statements,

3. Commercial leases; and

4. Any other documents showing the movement of money to or from Elizabeth Thomas and/or James M. Anderson.

      ORDERED that after review of the filings, the Court will determine whether to set another hearing on the Joint Motion for Contempt (ECF #32).

    SIGNED 09/10/2024

_____
Alfredo R Pérez
United States Bankruptcy Judge