IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ELIZABETH THOMAS, § | |
|     Plaintiff § | |
| § | |
| v. § | ADVERSARY NO. 24-3066 |
| § | |
| MERITAGE HOMES OF TEXAS, ET AL., § | |
|     Defendants § | |

### NOTICE OF HEARING ON PRIMARY RESIDENTIAL MORTGAGE, INC. AND MERITAGE HOMES OF TEXAS, LLC'S JOINT MOTION FOR ORDER OF CIVIL CONTEMPT

PLEASE TAKE NOTICE that Primary Residential Mortgage, Inc. and Meritage Homes of Texas, LLC's Joint Motion for Order of Civil Contempt (Doc. 32, filed on July 3, 2024) is set for hearing on **Monday, October 21, 2024, at 9:00 a.m.** in Courtroom 400.

Respectfully submitted,

**IRELAN MCDANIEL**
A Professional Limited Liability Company

By: */s/ Gwen E. Richard*
    Gwen E. Richard
    grichard@imtexaslaw.com
    State Bar No 16842730
    2520 Caroline St., 2nd Floor
    Houston, Texas 77004
    Phone:  713.222.7666
    Fax:    713.222.7669

**ATTORNEY FOR PRIMARY RESIDENTIAL MORTGAGE, INC.**

          **PECKAR & ABRAMSON, P.C.**

By: */s/ Kim Altsuler*
    Kim Altsuler
    Federal Bar No. 21838
    State Bar No. 00796656
    kaltsuler@pecklaw.com
    1717 West Loop South, Suite 1400
    Houston, TX 77027
    Telephone: 713-568-1500
    Facsimile:  713-568-1490

**ATTORNEY FOR MERITAGE HOMES OF TEXAS, LLC**

### CERTIFICATE OF SERVICE

    I certify that on October 2, 2024, a copy of the foregoing Notice of Hearing was served by filing it with the Court's Case Management/Electronic Case Filing system and as follows:

**Via Email** *jandersen.law@gmail.com*
James M. Andersen
P.O. Box 58554
Webster, Texas 77598

**Via CM/RRR 9314 8699 0430 0126 9645 56**
**And Email** *tethomas3@aol.com*
Elizabeth Thomas
712 H Street NE, Suite 1297
Washington DC 20002

**Via Email** *holidyefile@germer.com*
Dale M. Holiday
Germer PLLC
America Tower
2929 Allen Parkway, Suite 2900
Houston, Texas 77019

    */s/ Gwen E. Richard*
    Gwen E. Richard