United States Bankruptcy Court
Southern District of Texas
**ENTERED**
October 03, 2024
Nathan Ochsner, Clerk

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXES
HOUSTON DIVISION**

| | | |
|---|---|---|
| IN RE: | § § § § § § | **CASE NO: 99-99999** |
| **OUT OF DISTRICT MAIN CASE,** | | **CHAPTER 7** |
| Debtor. | | |
| **ELIZABETH THOMAS,** | § § § § | |
| Plaintiff, | | |
| VS. | § § § § § § § | **ADVERSARY NO. 24-3066** |
| **PRIMARY RESIDENTIAL MORTGAGE INC,** *et al.*, | | |
| Defendants. | | |

**ORDER TO SHOW CAUSE FOR FAILURE TO COMPLY WITH ORDER IN AID OF ORDER GRANTING COMPENSATION (ECF #46)**

On September 10, 2024, the Court entered an order (ECF #46), compelling James M. Andersen to file copies of all the following documents and information for the period from September 10, 2023, through September 10, 2024:

1. Bank or credit union statements,

2. Credit card statements,

3. Commercial leases; and

4. Any other documents showing the movement of money to or from Elizabeth Thomas and/or James M. Anderson.

On September 24, 2024, James M. Andersen filed a single 3-page bank statement for the period 8/3/24 to 9/22/24. Filings in Mr. Andersen's now dismissed bankruptcy case (24-80232) reveal at least two bank accounts and a commercial lease (See – ECF #49 in case number 24-80232).

IT IS ORDERED that James M. Andersen show cause, at the hearing previously scheduled for October 21, 2024, at 9 am at Houston, Courtroom 400, why he should not be held in contempt for failing to comply with the Court's order dated September 10, 2024 (ECF #46).

SIGNED 10/03/2024

_____
Alfredo R Pérez
United States Bankruptcy Judge