IN THE UNITED STATES BANKRUPCTY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE: | CASE NO. 99-99999 |
| OUT OF DISTRICT MAIN CASE | |
| *Debtor* | CHAPTER 7 |
| ELIZABETH THOMAS | |
| *Plaintiff* | |
| vs. | ADVERSARY NO.24-3066 |
| PRIMARY RESIDENTAL MORTGAGE INC, *et al*., | |
| *Defendants.* | |

### JAMES M. ANDERSEN'S RESPONSE TO THE COURT ORDER TO SHOW CAUSE

Comes Now, James M. Andersen and files this response to the Courts October 3, 2024, Order to Show Cause, for the failure to comply with Order in aid of Order entered on September 10, 2024, for Granting Compensation (EFC # 26).

On September 24, 2024, the Movant filed a single 3- page bank statement for the period of 8/3/2024 to 9/22/2024. Movants states that he did not intentionally disobey the court orders instead omitted by human error by failing to add the other statement to the list prior to filing. Movant made three (3) attempts to download the statements and thought it had been done correctly but somehow the downloads failed to be completed and attached to his filing.

Movants has now filed the followings:

1. Bank and Credit Union Statement.

2. Movants does have a credit cards.

3. Copy of Commercial Lease.

4. Movant has no documents showing movement of to or from Elizabeth Thomas as I have represented her Pro Bono.

The Movant apologizes to the court for delay as I have been out of the office for medical reasons and was not feeling well.

                        Respectfully submitted,

                 /s/ James M. Andersen
                   James M, Andersen
                   Attorney At Law
                 Texas State Bar No. 01165850
                 P. O. Box 58554
                 Webster, Texas 77598-8554
                 Tel. (218)488-2800
                 Fax. (281)480-4851
                    jandersen.law@gmail.com

## CERTIFICATE OF SERVICE

The undersigned certifies that on October 15, 22, 2024 a copy of the foregoing document was served EFC- Service System or E-mail and U. S. Mail, postage prepaid upon all counsel of record.

/s/ James M. Andersen