1 | P a g e

# IN THE UNITED STATES BANKRUPCTY COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| IN RE: <br><br> **OUT OF DISTRICT MAIN CASE** <br> *Debtor* | **CASE NO. 99-99999** <br><br> **CHAPTER   7** |
| **ELIZABETH THOMAS** <br><br> *Plaintiff* <br> vs. <br><br> **PRIMARY RESIDENTAL MORTGAGE INC,** *et al.*, <br><br> *Defendants.* | **ADVERSARY NO.24-3066** |

## MOTION FOR A CONTINUANCE

Comes Now, Elizabeth Thomas (the "Plaintiffs") and files this Emergency Motion to Continue at least three (days) prior to the October 21, 2024, hearing and for good cause shows the court as follows:

On October 9, 2024, I was diagnosed by my doctor with a condition that requires surgery. I am scheduled for said surgery on October 17, 2024 with a pending release date of October 31, 2024, providing that there are no complications.

As such I am will not be able to appear at the hearing scheduled for October 21, 2024, and seek that said hearing be continued for the reasons stated above. In support thereof I have filed under seal a copy of the doctor's letter placing me on

a Medical from the October 17, 2024 to October 31, 2024.

                    Respectfully submitted,

                    /s/Elizabeth Thomas
                    Elizabeth Thomas Pro, Se
                    712 H Street NE #2487
                    Washington DC 20002
                    elizthomas234@gmail.com

3 | P a g e

## CERTIFICATE OF CONFERENCE

I Elizabeth Thomas declare that on October 15, 2024, I served a copy of this Motion via e-mail upon Attorney Gwen E. Richard who oppose counsel for Primary Residential Mortgage Inc., at grichard@imtexaslaw.com and Attorney Kim Altsuler counsel for Meritage Homes of Texas LLC. at kaltsuler@pecklaw.com no response and Attorney James M. Andersen does not oppose at jandersen.law@gmail.com and requested if they oppose this motion,

/s/Elizabeth Thomas

4 | P a g e

## CERTIFICATE OF SERVICE

The undersigned certifies that on October 15, 22, 2024 a copy of the foregoing document was served EFC- Service System or E-mail and U. S. Mail, postage prepaid upon all counsel of record.

/s/Elizabeth Thomas