IN THE UNITED STATES BANKRUPCTY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE: <br><br> OUT OF DISTRICT MAIN CASE <br> *Debtor* | CASE NO. 99-99999 <br><br> CHAPTER 7 |
| ELIZABETH THOMAS <br><br> *Plaintiff* <br> vs. <br><br> PRIMARY RESIDENTAL MORTGAGE INC, *et al.*, <br><br> *Defendants*. | ADVERSARY NO.24-3066 |

## ORDER GRANTING MOTION FOR CONTINUANCE

Before the Court is the Motion filed by Elizabeth Thomas (the "Movant") requesting continuance of the current hearing scheduled for October 21, 2024, on the Defendants Motion for Contempt. The Court finds that good cause has been shown and the Motion should be granted.

ACCORDINGLY, IT IS ORDERED that the hearing on the Defendants Motion for Contempt as to the Movant is continued to the _____date and time _____.

SIGNED On _____.

_____
Hon. Alfredo R. Perez
United States Bankruptcy Judge