United States Bankruptcy Court
Southern District of Texas
**ENTERED**
October 16, 2024
Nathan Ochsner, Clerk

# IN THE UNITED STATES BANKRUPCTY COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| IN RE: | CASE NO. 99-99999 |
| OUT OF DISTRICT MAIN CASE | |
| *Debtor* | CHAPTER 7 |
| ELIZABETH THOMAS | |
| *Plaintiff* | |
| vs. | ADVERSARY NO.24-3066 |
| PRIMARY RESIDENTAL MORTGAGE INC, *et al.*, | |
| *Defendants.* | |

## ORDER GRANTING MOTION FOR CONTINUANCE

Before the Court is the Motion filed by Elizabeth Thomas (the "Movant") requesting continuance of the current hearing scheduled for October 21, 2024, on the Defendants Motion for Contempt. The Court finds that good cause has been shown and the Motion should be granted.

ACCORDINGLY, IT IS ORDERED that the hearing on the Defendants Motion for Contempt as to the Movant is continued to November 5, 2022 at 9 am (Central Time).

Signed: October 16, 2024

_____
Alfredo R Pérez
United States Bankruptcy Judge