United States Bankruptcy Court
Southern District of Texas
**ENTERED**
October 21, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXES
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO: 99-99999 |
| OUT OF DISTRICT MAIN CASE, | § | |
| | § | CHAPTER 7 |
| Debtor. | § | |
| | § | |
| ELIZABETH THOMAS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | ADVERSARY NO. 24-3066 |
| | § | |
| PRIMARY RESIDENTIAL MORTGAGE INC, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER TO SHOW CAUSE AND COMPELLING IN PERSON APPEARANCE AT THE HEARING SCHEDULED FOR NOVEMBER 5, 2024 AT 9:00 AM

On October 2, 2024, a hearing was noticed (ECF #51) for October 21, 2024, at 9:00 AM on the Joint Motion for Civil Contempt (ECF #32).

On October 3, 2024, the Court entered its Order to Show Cause for Failure to Comply with Order in Aid of Order Granting Compensation (ECF #52). Specifically, the last paragraph of the October 3rd order stated, "IT IS ORDERED that James M. Andersen show cause, at the hearing previously scheduled for October 21, 2024, at 9 am at Houston, Courtroom 400, why he should not be held in contempt for failing to comply with the Court's order dated September 10, 2024 (ECF #46)."

On October 15, 2024, Elizabeth Thomas requested a continuance of the civil contempt hearing as to her (ECF #56) which was granted on October 16, 2024 (ECF #58). The hearing was continued as to Elizabeth Thomas to November 5, 2024, at 9:00 AM.

At the hearing scheduled for October 21, 2024, although he had been ordered to appear and show cause why he should not be held in contempt, James M Andersen failed to appear.

IT IS THEREFORE,

ORDERED that James M. Andersen appear, in person, at the hearing on November 5, 2024, at 9:00AM at the Federal Courthouse in Houston, 515 Rusk Avenue, Courtroom 400, Houston, Texas to show cause why he should not be held in contempt of court.

SIGNED 10/21/2024

_____
Alfredo R Pérez
United States Bankruptcy Judge