United States Bankruptcy Court
Southern District of Texas

**ENTERED**

October 21, 2024

Nathan Ochsner, Clerk

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXES
## HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | **CASE NO: 99-99999** |
| **OUT OF DISTRICT MAIN CASE,** | § | |
| | § | **CHAPTER 7** |
| Debtor. | § | |
| | § | |
| **ELIZABETH THOMAS,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | **ADVERSARY NO. 24-3066** |
| | § | |
| **PRIMARY RESIDENTIAL MORTGAGE** | § | |
| **INC,** *et al.*, | § | |
| | § | |
| Defendants. | § | |

### <u>SUPPLEMENTAL ORDER AWARDING FURTHER COMPENSATION</u>

Based on the testimony of counsel and for the reasons stated on the record, Elizabeth Thomas and James M. Andersen must pay an additional $4,500 to Primary Residential Mortgage, Inc., and $1,305 to Meritage Homes of Texas, LLC.

Elizabeth Thomas and James M. Andersen are jointly and severally liable for these payments.

These payments are awarded as compensatory sanctions for civil contempt. The payments must be made in full and in cash on or before November 4, 2024.

The Court retains jurisdiction to consider any enforcement action that may be brought on account of a failure to pay these sanctions.

SIGNED 10/21/2024

Alfredo R Pérez
United States Bankruptcy Judge