**IN THE UNITED STATES BANKRUPCTY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| **IN RE:** | **CASE NO. 99-99999** |
| **OUT OF DISTRICT MAIN CASE** | |
| *Debtor* | **CHAPTER  7** |
| **ELIZABETH THOMAS** | |
| *Plaintiff* | |
| **vs.** | **ADVERSARY NO.24-3066** |
| **PRIMARY RESIDENTAL MORTGAGE INC,** *et al.*, | |
| *Defendants.* | |

**MOTION FOR A CONTINUANCE**

Comes Now, Elizabeth Thomas (the "Plaintiffs") and files this Emergency Motion to Continue at least three (days) prior to the November 5, 2024,  hearing and for good cause shows the court as follows:

On October 9, 2024, I was diagnosed by my doctor with a condition that requires surgery. I am scheduled for said surgery on October 17, 2024 with a pending release date of October 31, 2024, providing that there are no complications. On October 30, 2024, while at my follow-up appointment I was admitted back into the hospital due to complications until November 13, 2024.

As such I am will not be able to appear at the hearing scheduled for November 5, 2024,  and seek that said hearing be continued for the reasons stated

above. In support thereof I have filed under seal a copy of the doctor's letter placing me on  a Medical until November 13, 2024.


Respectfully submitted,

By Permission /s/Elizabeth Thomas

Elizabeth Thomas Pro, Se
712 H Street NE #2487
Washington DC 20002
elizthomas234@gmail.con


## CERTIFICATE OF CONFERENCE

On November 1 2024, I served a copy of this Motion via e-mail upon Attorney Gwen E. Richard counsel for Primary Residential Mortgage Inc., at grichard@imtexaslaw.com and Attorney Kim Altsuler counsel for Meritage Homes of Texas LLC. at kaltsuler@pecklaw.com and Attorney James M. Andersen at jandersen.law@gmail.com and requested if they oppose this motion,


/s/Elizabeth Thomas

## CERTIFICATE OF SERVICE

The undersigned certifies that on November 1, 2024, a copy of the foregoing document  was served EFC- Service System or E-mail and U. S. Mail, postage prepaid upon all counsel of record.

/s/Elizabeth Thomas