United States Bankruptcy Court
Southern District of Texas

**ENTERED**

November 04, 2024

Nathan Ochsner, Clerk

## IN THE UNITED STATES BANKRUPCTY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | |
|---|---|
| **IN RE:** | **CASE NO. 99-99999** |
| **OUT OF DISTRICT MAIN CASE** | |
| *Debtor* | **CHAPTER  7** |
| **ELIZABETH THOMAS** | |
| *Plaintiff* | **ADVERSARY NO.24-3066** |
| **vs.** | |
| **PRIMARY RESIDENTAL MORTGAGE INC,** *et al.,* | |
| *Defendants.* | |

### ORDER GRANTING MOTION FOR CONTINUANCE

Before the Court is the Motion filed by Elizabeth Thomas requesting continuance of the current hearing scheduled for November 5, 2024, on the Defendants' Motion for Contempt. The Court finds that good cause has been shown and that the Motion should be granted as to Elizabeth Thomas only.

ACCORDINGLY, IT IS ORDERED that the hearing on the Defendants Motion for Contempt as to Elizabeth Thomas only is continued to November 25, 2024 at 3 PM.

Signed: November 04, 2024

Alfredo R Pérez
United States Bankruptcy Judge