# IN THE UNITED STATES BANKRUPCTY COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| IN RE:  ELIZABETH THOMAS  OUT OF DISTRICT MAIN CASE  *Debtor* | CASE NO. 18-23676  CHAPTER   13 |
| ELIZABETH THOMAS  *Plaintiff*  vs.  MIRAMAR LAKE HOMEOWNERS ASSOCIATION INC.  *Defendants.* | ADVERSARY NO.24-3066 |

## NOTICE OF APPEAL

Elizabeth Thomas hereby file this "Notice of Appeal" from the U.S. Bankruptcy Court October 21, 2024, order/judgment.

                                                                   Respectfully submitted,

                                                          *By Permission /s/Elizabeth Thomas*
                                                            Elizabeth Thomas Pro, Se
                                                            712 H Street NE #2487
                                                            Washington DC 20002
                                                            elizthomas234@gmail.con

## CERTIFICATE OF SERVICE

The undersigned certifies that on November 4, 2024, a copy of the foregoing document was served EFC- Service System or E-mail and U. S. Mail, postage prepaid upon all counsel of record.

/s/Elizabeth Thomas

United States Bankruptcy Court
Southern District of Texas
**ENTERED**
October 21, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXES
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO: 99-99999 |
| OUT OF DISTRICT MAIN CASE, | § | |
| | § | CHAPTER 7 |
| Debtor. | § | |
| | § | |
| ELIZABETH THOMAS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | ADVERSARY NO. 24-3066 |
| | § | |
| PRIMARY RESIDENTIAL MORTGAGE | § | |
| INC, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## SUPPLEMENTAL ORDER AWARDING FURTHER COMPENSATION

Based on the testimony of counsel and for the reasons stated on the record, Elizabeth Thomas and James M. Andersen must pay an additional $4,500 to Primary Residential Mortgage, Inc., and $1,305 to Meritage Homes of Texas, LLC.

Elizabeth Thomas and James M. Andersen are jointly and severally liable for these payments.

These payments are awarded as compensatory sanctions for civil contempt. The payments must be made in full and in cash on or before November 4, 2024.

The Court retains jurisdiction to consider any enforcement action that may be brought on account of a failure to pay these sanctions.

SIGNED 10/21/2024

_____
Alfredo R Pérez
United States Bankruptcy Judge

United States Bankruptcy Court

Southern District of Texas

Thomas,
    Plaintiff

Adv. Proc. No. 24-03066-arp

Miramar Lake Homeowers Association Inc,
    Defendant

# CERTIFICATE OF NOTICE

District/off: 0541-4      User: ADIuser      Page 1 of 2
Date Rcvd: Oct 21, 2024      Form ID: pdf111      Total Noticed: 0

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 23, 2024:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| pla | | Elizabeth Thomas |
| dft | | MTH Lending Group, LP |
| dft | | Mary L Lester |
| dft | | Meritage Homes Corporation |
| dft | | Meritage Homes of Texas LLC |
| cd | | Miramar Lake Homeowers Association Inc |
| dft | | Primary Residential Mortgage Inc |
| dft | | Stewart Title Company |
| dft | | Stewart Title Guaranty Company |

TOTAL: 9 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 23, 2024      Signature: /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 21, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Dale M Holidy | on behalf of Defendant MTH Lending Group  LP rholidy@germer.com |
| Gwen E. Richard | on behalf of Defendant Primary Residential Mortgage Inc grichard@imtexaslaw.com scartwright@imtexaslaw.com;hwarner@imtexaslaw.com |
| James Michael Andersen | on behalf of Joint Debtor James Michael Andersen jandersen.law@gmail.com |
| James Michael Andersen | |

District/off: 0541-4 User: ADIuser Page 2 of 2
Date Rcvd: Oct 21, 2024 Form ID: pdf111 Total Noticed: 0

on behalf of Plaintiff Elizabeth Thomas jandersen.law@gmail.com

TOTAL: 4