IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ELIZABETH THOMAS, | § | |
|     Plaintiff | § | |
| | § | |
| v. | § | ADVERSARY NO. 24-3066 |
| | § | |
| MERITAGE HOMES OF TEXAS, ET AL., | § | |
|     Defendants | § | |

## JOINT STATUS REPORT

Pursuant to the Court's instructions at the hearing held on November 5, 2024, for the parties to file a joint status report, Primary Residential Mortgage Inc. ("PRMI"), Meritage Homes of Texas, LLC ("Meritage"), and James Andersen ("Andersen") (collectively, "the Parties") file this Joint Status Report and show the Court as follows:

The Parties have conferred about a payment plan by which Andersen would begin paying the monetary sanctions issued by this Court against him in the Orders dated June 11, 2024 (Doc. 29), and October 21, 2024 (Doc. 63). As instructed by the Court, Andersen drafted a letter formally offering a payment plan. PRMI and Meritage are amenable to a payment plan and need further time to finalize the terms of such an arrangement. The Parties have authorized counsel for PRMI to contact the Case Manager to advise him of the status as well and obtain a follow-up hearing, if needed.

1

Respectfully submitted,

**IRELAN MCDANIEL**
A Professional Limited Liability Company

By: */s/ Gwen E. Richard*
    Gwen E. Richard
    grichard@imtexaslaw.com
    State Bar No 16842730
    2520 Caroline St., 2nd Floor
    Houston, Texas 77004
    Phone:  713.222.7666
    Fax:    713.222.7669

**ATTORNEY FOR PRIMARY
RESIDENTIAL MORTGAGE, INC.**

**PECKAR & ABRAMSON, P.C.**

By: */s/ Kim Altsuler (w/p)*
    Kim Altsuler
    Federal Bar No. 21838
    State Bar No. 00796656
    kaltsuler@pecklaw.com
    1717 West Loop South, Suite 1400
    Houston, TX 77027
    Telephone: 713-568-1500
    Facsimile:  713-568-1490

**ATTORNEY FOR MERITAGE HOMES
OF TEXAS, LLC**

    */s/ James M. Andersen (w/p)*
    James M. Andersen
    Attorney at Law
    Texas State Bar No. 01165850
    P.O. Box 58554
    Webster, Texas 77598-8554
    Tel. (281) 488-2800
    Fax (281) 480-4851
    E-Mail: jandersen.law@gmail.com

**PRO SE DEFENDANT**

2

## <u>CERTIFICATE OF SERVICE</u>

I certify service of a copy of the foregoing document on November 12, 2024, in accordance with the Federal Rules of Civil Procedure via the Court's Case Management/Electronic Case Files (CM/ECF) and as indicated below:

**Via CM/RRR 9314 8699 0430 0128 3140 83**
**And Email *tethomas3@aol.com***
Elizabeth Thomas
712 H Street NE, Suite 1297
Washington DC 20002

**Via Email *holidyefile@germer.com***
Dale M. Holiday
Germer PLLC
America Tower
2929 Allen Parkway, Suite 2900
Houston, Texas 77019

**Via Email *jandersen.law@gmail.com***
James M. Andersen
Attorney at Law
P.O. Box 58554
Webster, Texas 77598-8554

**Via Email *kaltsuler@pecklaw.com***
Kim Altsuler
Peckar & Abramson, P.C.
1717 West Loop South, Suite 1400
Houston, TX 77027

*/s/ Gwen E. Richard*
Gwen E. Richard