IN THE UNITED STATES BANKRUPCTY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE:<br>  ELIZABETH THOMAS | CASE NO. 18- |
| *Debtor*<br>OUT OF DISTRICT MAIN CASE | CHAPTER 13 |
| ELIZABETH THOMAS<br><br>  *Plaintiff*<br>vs.<br><br>MIRAMAR LAKE HOMEOWERS ASSOCIATION<br><br>  *Defendants.* | ADVERSARY NO.24-3066 |

## MOTION FOR A CONTINUANCE

Comes Now, Elizabeth Thomas (the "Plaintiffs") and files this Motion to Continue at least three (days) prior to the November 25, 2024, hearing and for good cause shows the court as follows:

On October 9, 2024, I was diagnosed by my doctor with a condition that requires surgery. I am scheduled for said surgery on October 17, 2024 with a pending release date of October 31, 2024, providing that there are no complications. On October 30, 2024, while at my follow-up appointment I was admitted back into the hospital due to complications until November 13, 2024.

On November 13, 2024, at the Movant follow-up appointment, the medical has been extended to December 4, 2024, due to medical surgery complications. In the alternative the Court can continue its ongoing hearings already commence without the Movant right to be presence.

As such I am will not be able to appear at the hearing scheduled for November 25, 2024, and seek that said hearing be continued for the reasons stated above. In support thereof I have filed under seal a copy of the doctor's letter placing due ot safety concerns that Medical has been expended to December 4, 20204.

Respectfully submitted,

*By Permission /s/Elizabeth Thomas*
Elizabeth Thomas Pro, Se
712 H Street NE #2487
Washington DC 20002
elizthomas234@gmail.com

## CERTIFICATE OF CONFERENCE

On November 18 2024, I served a copy of this Motion via e-mail upon Attorney Gwen E. Richard counsel for Primary Residential Mortgage Inc., at grichard@imtexaslaw.com and she oppose Attorney Kim Altsuler counsel for Meritage Homes of Texas LLC. no response at kaltsuler@pecklaw.com and Attorney James M. Andersen at jandersen.law@gmail.com and he does not oppose this motion,

*By permission /s/Elizabeth Thomas*

2 | P a g e

3 | P a g e

## CERTIFICATE OF SERVICE

The undersigned certifies that on November 18 2024, a copy of the foregoing document was served EFC- Service System or E-mail and U. S. Mail, postage prepaid upon all counsel of record.

By permission /s/Elizabeth Thomas